■ In the Matter of GLENEL REALTY CORP., Respondent, against CARROLL M. WORTHINGTON, as Building Inspector of the Town of Greenburgh, Appellant.— Appeal by the building inspector of the Town of Greenburgh from an order granting an application under article 78 of the Civil Practice Act and directing appellant to issue an amended building permit for the construction of certain foundations. Before appellant brought the appeal on for argument, respondent had completed the work authorized by the building permit directed to be issued. Appeal dismissed, without costs, as academic. If we were to consider the merits, the order would be affirmed. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of JOSEPH HORVATH et al., on Behalf of Themselves and All Other Persons Similarly Situated, Respondents, against CHARLES L. PATTERSON et al., Constituting the New York City Transit Authority, et al., Appellants, et al., Defendants.— In a proceeding pursuant to article 78 of the Civil Practice Act to annul the suspension of petitioners-respondents, employees of the New York City Transit Authority, and for other relief, the Authority appeals by permission (Civ. Prac. Act, § 1304) from so much of an order as denies its cross motion to dismiss the petition for insufficiency. Order, insofar as appealed from, affirmed, without costs. No opinion. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur. [3 Misc 2d 960.]